UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION


NATHANIEL LEE HINES, #452677,

       Petitioner,

                                          CASE NO. 2:15-CV-10178
v.                                      HONORABLE VICTORIA A. ROBERTS

STATE OF MICHIGAN,

       Respondent.

_____/

**ORDER DENYING MOTION FOR SUMMARY JUDGMENT**

Michigan prisoner Nathaniel Lee Hines ("Petitioner"), currently confined at the Macomb

Correctional Facility in New Haven, Michigan, submitted a pro se pleading entitled a "Writ of

Error" challenging his state criminal proceedings.  The Court dismissed the pleading without

prejudice for failure to comply with the Federal Rules of Civil Procedure and the Federal Habeas

Rules.  The matter is now before the Court on Petitioner's "Motion for Summary Judgment"

requesting that his pleading not be summarily dismissed and that he be granted relief on his claims.

Given the Court's prior dismissal order, however, Petitioner's request for summary judgment is

moot.

Moreover, to the extent that Petitioner seeks reconsideration of the Court's decision, he is

not entitled to relief.  A motion for reconsideration which presents issues already ruled upon by the

court, either expressly or by reasonable implication, will not be granted.  *Hence v. Smith*, 49 F. Supp.

2d 547, 550 (E.D. Mich. 1999); *Czajkowski v. Tindall & Assoc., P.C.*, 967 F. Supp. 951, 952 (E.D.

Mich. 1997).  Petitioner has not met his burden of showing a palpable defect by which the Court has

been misled or his burden of showing that a different disposition must result from a correction

thereof, as required by Local Rule 7.1(h)(3).  The Court properly dismissed without prejudice the

"Writ of Error" pleading.  Accordingly, the Court **DENIES** Petitioner's motion.

        **IT IS SO ORDERED**.


                                     S/Victoria A. Roberts

                                     Victoria A. Roberts

                                     United States District Judge

Dated:  February 3, 2015

| |
|---|
| The undersigned certifies that a copy of this document was served on the attorneys of record and Nathaniel Hines  by electronic means or U.S. Mail on February 3, 2015. <br><br> S/Carol A. Pinegar <br> Deputy Clerk |